O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10278 AHM (MANx) | Date | April 25, 2012 |
|---|---|---|---|
| Title | CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA V. AGUILAR, ET AL. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:		Attorneys **NOT** Present for Defendants:

**Proceedings:**		IN CHAMBERS (No Proceedings Held)

    For good cause, the Court GRANTS Defendant Sabas Parez Aguilar's unopposed motion to set aside entry of default.[1]  Defendant is ORDERED to file a responsive pleading or motion to the Complaint by May 16, 2012.  The parties are urged to make efforts to resolve this action amicably.

                                                                                                                                     :

                                Initials of Preparer		SMO

---

[1] Dkt. 29.