FILED

Name: _Seber Perez Aguilar_

Address: _5842 wheelHouse Ln_

_Agoura Hills CA  91301_

Phone: _( 818)  355-26·47_

Defendant In Pro Per

2012 MAY 15  PM 3: 43

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

_Ionstruction Laberes Trust Funds_
_For Southern California_
_Administrative Company 2 delaware_
_Limited Liability Company_
PLAINTIFF,

vs.

_Seber Perez Aguilar an_
_Individual also Known as perez A,_
_Sabas   Sabas perez and Sibes Aguilar_
_doing busines as PERSA Construction_

_Navigators Insurance Company_
_a New york Corporation_
_platte River Insurance Company a_
_NeBRAska  Corporation_

DEFENDANT(S).

Case No.: _CV11 - 10278  AHM(MANx)_

**DEFENDANT'S ANSWER**

**JURY TRIAL DEMAND**
☑ Yes   ☐ No

Defendant _Seber  perez  Aguilar_ hereby answers Plaintiff's

Defendant's name here

complaint as follows:

## ANSWER TO COMPLAINT

_1._ Defendant is without Knowledge or Information

_Insert ¶ #_ sufficient to form a belief as to the Truth of each

and every Allegation Contained in paragraph #2 and Therefore

Denies Them

_1_

Page Number

1   2. defendant is without Knowledge or Information
Insert ¶ #
2   Sufficient To Form a belief as To The Truth
3   of each and every Allegation Contained in
4   paragraph #2 and Therefore denies Them

8   3. defendant is without Knowledge or Information
Insert ¶ #
9   Sufficient To Form a belief as To The Truth
10  of each and every Allegation Contained in
11  paragraph #3 and Therefore denies Them

15  4. defendant admits each and every
Insert ¶ #
16  Allegation Contained in paragraph #4
17  of The Complaint

22  5. defendant is without Knowledge or "Information
Insert ¶ #
23  Sufficient To form a belief as To The TruTH
24  of each and Every Allegation Contained in
25  paragraph #5 and Therefore denies Them

28  //

1    6. defendant is without Knowledge or Information
    <sub>Insert ¶ #</sub>

2    Sufficient. To form a belief as To The TruTH

3    oF each and Every Allegation Contained in

4    paragraph # 6 and Therefore denies Them

5

6

7

8    7. iN Response To paragraph # 7
    <sub>Insert ¶ #</sub>

9    defendant Incorporates by Reference His Allegations

10    Admisions and denies iN Response To paragraphs

11    1 To 6 inclusive as Through set Forth

12    iN full Herein

13

14

15    8. defendant is without Knowledge or Information
    <sub>Insert ¶ #</sub>

16    Sufficient To Form a belief as To The TruTH

17    oF each and Every Allegation Contained in

18    paragraph # 8 and Therefore denies Them

19

20

21

22    9. defendant is without Knowledge or Information
    <sub>Insert ¶ #</sub>

23    Sufficient To Form a bilieF as To The TruTH

24    oF each and Every Allegation Contained in

25    paragraph # 9 and Therefore denies Them

26

27

28    //

10. _Insert ¶ #_ defendant is without Knowledge or Information sufficient To Form a belief as to the TrutH of each and Every Allegation Contained in paragraph #10 and Therefore denies Them

11. _Insert ¶ #_ deFendant is without Knowledge or Information sufficient To Form a belief as To The TrutH OF each and Every Allegation Contained in paragraph #11 and Therefore denies Them

12. _Insert ¶ #_ deFendant is without Knowledge or Information sufficient To Form a belief as To The TrutH OF each and every Allegation Contained in paragraph #12 and Therefore denies Them

13. _Insert ¶ #_ defendant is withHout Knowledge or Information sufficient To Form a belief as To The TrutH OF each and Every Allegation Contained in paragraph #13 and Therefore denies Them

//

14. Defendant is without Knowledge or Information
*Insert ¶ #* Sufficient To Form a belief as To The Truth
of each and Every Allegation Contained in
paragraph #14 and Therefore denies Them

15. Defendant is without Knowledge or Information
*Insert ¶ #* Sufficient To Form a belief as To The Truth
of each and Every Allegation Contained in
paragraph #15 and Therefore denies Them.

16. Defendant denies each and Every
*Insert ¶ #* Allegation Contained in paragraph # 16
of The Complaint

17. Defendant denies each and Every
*Insert ¶ #* Allegation Contained in paragraph # 17
of The Complaint

//

18. *Insert ¶ #* deFendant denies eacH and Every
Allegation Contained in paragrapH # 18
oF The Complaint

19. *Insert ¶ #* deFendant denies eacH and Every
Allegation Contained in paragrapH # 19
oF The Complaint

20. *Insert ¶ #* deFendant Admits To permit The TrusT Funds
To audit payrolls and business Records To determine
whether Employer Has paid The Appropiate Fringe benefit
Contributions To Trust Funds. but denies eacH and
Every Remaining Allegation Contained in
paragrapH # 20

21. *Insert ¶ #* deFendant denies eacH and Every
Allegation Contained in paragrapH # 21
oF The Complaint

//

22. defendant is without Knowledge or Information
*Insert ¶ #*
Sufficient To Form a belieF as To The Truth
OF each and Every Allegation Contained in
paragraph # 22 and Therefore denies Them.


23. defendant is without Knowledge or Information
*Insert ¶ #*
Sufficient To Form a belieF as To The Truth
OF each and Every Allegation Contained in
paragraph # 23 and Therefore denies Them.


24. defendant is without Knowledge or Information
*Insert ¶ #*
Sufficient To Form a belieF as To The Truth
OF each and Every Allegation Contained in
paragraph # 24 and Therefore denies Them.


25. defendant is without Knowledge or Information
*Insert ¶ #*
Sufficient To Form a bilieF as To The Truth
OF each and Every Allegation Contained in
paragraph # 25 and Therefore denies Them.

//

26. Defendant is without Knowledge or Information
Insert ¶ #
Sufficient To Form a belief as To The TruTH
oF each and Every Allegation Contained in
paragraph # 26 and ThereFore denies Them.

27. __ in Response To paragraph #27
Insert ¶ #
Defendant Incorporates by Reference His
Allegations, Admitions and denies in Response
To paragraph #1 Through 26 Inclusive as
Through Set ForTH in Full Herein

28. Defendant is without Knowledge or Information
Insert ¶ #
Sufficient To Form a belief as To The TruTH
oF each and Every Allegation Contained in
paragraph # 28 and ThereFore denies Them.

29. Defendant is without Knowledge or Information
Insert ¶ #
Sufficient To Form a belief as To The TruTH
oF each and Every Allegation Contained in
paragraph # 29 and ThereFore denies Them

//

8

Page Number

1  30. defendant admits each and every
*Insert ¶ #*
2  Allegation Contained in paragraph # 30

3  of The Complaint

4

5

6

7

8  31. defendant denies each and every
*Insert ¶ #*
9  Allegation Contained in paragraph # 31

10  . of The Complaint

11

12

13

14

15  32. defendant is without Knowledge or Information
*Insert ¶ #*
16  Sufficient To Form a belief as To The Truth

17  of each and Every Allegation Contained in

18  paragraph # 32 and Therefore denies Them.

19

20

21

22  33. defendant is without Knowledge or Information
*Insert ¶ #*
23  Sufficient To Form a belief as To The Truth

24  of each and Every Allegation Contained in

25  paragraph # 33 and Therefore denies Them.

26

27

28  //

34. defendant is without Knowledge or Information
<sub>Insert ¶ #</sub> Sufficient To Form a belief as To The TruTH
of eacH and Every AllegaTion Contained in
paragraph # 34 and Therefore denies Them.

35. I'M Response To paragraph # 35
<sub>Insert ¶ #</sub> defendant Incorporates by Reference His
AllegaTions, Admitions and denies in Response
To paragraphs # 1 THrough 34 inclusive as
Though set ForTH in full Herein

36. defendant is without Knowledge or Information
<sub>Insert ¶ #</sub> Sufficient To Form a belief as To The TruTH
of eacH and Every AllegaTion Contained in
paragraph # 36 and Therefore denies Them.

37. defendant denies eacH and Every
<sub>Insert ¶ #</sub> AllegaTion Contained in paragraph # 37
of The Complaint

//

38. defendant is without Knowledge or Information
*Insert ¶ #*  Sufficient To Form a belief as To The Truth
of each and Every Allegation Contained in
paragraph # 38 and Therefore denies Them.

39. defendant is without Knowledge or Information
*Insert ¶ #*  Sufficient To Form a belief as To The Truth
of each and Every Allegation Contained in
paragraph # 39 and Therefore denies Them.

40. defendant is without Knowledge or Information
*Insert ¶ #*  Sufficient To Form a belief as To The Truth
of each and Every Allegation Contained in
paragraph # 40 and Therefore denies Them

41. in Response To paragraph # 41
*Insert ¶ #*  defendant Incorporate by Reference His Allegations,
Admissions and denies in Response To paragraph
# 1 Through 34 Inclusive as Though set forth
in Full Here in

//

42. defendent is without Knowledge or Information
*Insert ¶ #*
Sufficient To Form a belief as To the TruTH
oF eacH and Every Allegation Contained in
paragrapH # 42 and ThereFore denies Them.

43. defendent is without Knowledge or Information
*Insert ¶ #*
Sufficient To Form a belief as To The TruTH
oF eacH and Every Allegation Contained in
paragrapH # 43 and ThereFore denies Them.

44. defendent is without Knowledge or Information
*Insert ¶ #*
Sufficient To Form a belief as To The TruTH
oF eacH and Every Allegation Contained in
paragrapH # 44 and ThereFore denies Them

45 iH Response To paragrapH # 45
*Insert ¶ #*
defendent Incorporates By Reference His
Allegations, Admitions and denies in Response
To paragrapH # 1 Through 34 Inclusive as
Through seT FortH in Full Herein

//

1   46.  defendant admits each and every Allegation
Insert ¶ #
2   Contained in paragraph # 46 of The Complaint

3

4

5

6

7

8   47.  defendant is without Knowledge or Information
Insert ¶ #
9   Sufficient To Form a belief as To the Truth

10  of each and Every Allegation Contained in

11  paragraph # 47

12

13

14

15  48.  defendant is without Knowledge or Information
Insert ¶ #
16  Sufficient To Form a belief as To The Truth

17  of each and Every Allegation Contained in

18  paragraph # 48

19

20

21

22
Insert ¶ #
23

24

25

26

27

28  //

1    <u>For The Trust Fund's First Claim For Relief</u>
    *Insert ¶ #*
2    deFendant   denies   each and Every   Claim For
3    Relief

8    <u>1</u>.   denies
    *Insert ¶ #*

15    <u>2</u>.   denies
    *Insert ¶ #*

22    <u>3</u>.   denies
    *Insert ¶ #*

28    //

1   4.   denier
    *Insert ¶ #*

2

3

4

5

6

7

8   5.   denier
    *Insert ¶ #*

9

10

11

12

13

14

15   6.   denier
    *Insert ¶ #*

16

17

18

19

20

21

22   7.   denier
    *Insert ¶ #*

23

24

25

26

27

28   //

8. denier
*Insert ¶ #*

For Trust Fund's Second Claim For Relief
*Insert ¶ #*

1. defendant denier each and Every
*Insert ¶ #* Claim For Relief

2. denier
*Insert ¶ #*

//

1    3.    *denier*
      *Insert ¶ #*
2
3
4
5
6
7
8    4.    *denier*
      *Insert ¶ #*
9
10
11
12
13
14
15    5.    *denier*
      *Insert ¶ #*
16
17
18
19
20
21
22
      *Insert ¶ #*
23
24
25
26
27
28    //

1   *Insert ¶ #* For Trust Fund's Third Claim For Relief

2

3

4

5

6

7

8   1. *Insert ¶ #* deFendant denies each and Every

9   Claim For Relief

10

11

12

13

14

15   2. *Insert ¶ #* denies

16

17

18

19

20

21

22   3. *Insert ¶ #* denies

23

24

25

26   4. *Insert #* denies

27

28   //

1   _Insert ¶ #_ For plaintiff's Fourth Claim For Relief

2

3

4

5

6

7

8   **1.** _Insert ¶ #_ defendant denies each and every

9   Claim For Relief

10

11

12

13

14

15   **2.** _Insert ¶ #_ denies

16

17

18

19

20

21

22   **3.** _Insert ¶ #_ denies

23

24

25

26   **4** _Insert #_ denies

27

28   //

For plaintiff's FIFTH Claim For Relief

**1.** defendant denies each and Every
*Insert ¶ #*  Claim For Relief

**2.** denies
*Insert ¶ #*

**3.** denies
*Insert ¶ #*

**4.** denies
*Insert ¶ #*

//

## REQUEST FOR RELIEF

WHEREFORE, the Defendant requests:

1. Dismissal of the Plaintiff's action with prejudice;

2. An order that Plaintiff shall take no relief from the complaint;

3. The costs of suit incurred herein;

4. Other: _____

   _____; and

5. Such further relief the Court deems fair and just.


Dated:  _5 - 15 - 12_

Sign:  _Perez Sbe_

Print Name:  _Sabor perez Aguilar_

Defendant in Pro Per