O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-10278 AHM (MANx) | | Date | December 3, 2012 |
|---|---|---|---|---|
| Title | CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY v. SABAS PEREZ AGUILAR et al. | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    Given Defendant Sabas Perez Aguilar's apparent unwillingness or incapacity to communicate with Plaintiff, the Court hereby waives the Rule 26(f) scheduling conference requirement.  The parties have eight weeks to make a motion (e.g, a summary judgment motion), and discovery shall be completed in time to make any motion.  Further scheduling dates will be set after the filing of any motion.

    Court approves the parties' designation of settlement procedure number 1 and refers this matter to Magistrate Judge Margaret A. Nagle for settlement purposes.  Plaintiff shall notify Magistrate Judge Nagle immediately of the Court's referral and presumptive schedule and file a status report with this Court confirming same.  At the conclusion of the mediation, plaintiff shall file another status report notifying the Court of the outcome.

|  |  : |  |
|---|---|---|
|  | Initials of Preparer | SMO |