1

2                                                                    JS - 6

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11   CONSTRUCTION LABORERS TRUST          Case No. CV11-10278-AHM (MANx)
12   FUNDS FOR SOUTHERN
     CALIFORNIA ADMINISTRATIVE
13   COMPANY, a Delaware limited liability
     company,
14                                         1)   JUDGMENT PURSUANT TO
                                                STIPULATION;  AND
15                Plaintiff,
                                           2)   ORDER FOR PERMANENT
16        vs.                                   INJUNCTIVE RELIEF
                                                COMPELLING THE
17                                              SUBMISSION OF TIMELY
     SABAS PEREZ AGUILAR, an individual         PAID ACCURATE MONTHLY
18   also known as PEREZ A. SABAS,              CONTRIBUTION REPORTS
     SABAS PEREZ and SAVAS PEREZ
19   doing business as PERSA
     CONSTRUCTION
20
                  Defendant.
21

22

23

24        Pursuant to the Stipulation for Entry of Judgment and for Order for Permanent

25   Injunctive Relief Compelling the Submission of Timely Paid Accurate Monthly

26   Contribution Reports by and between Plaintiff, CONSTRUCTION LABORERS

27   TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE

28   COMPANY, LLC and Defendant,  SABAS PEREZ AGUILAR and good cause

                                          1

appearing therefor:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.      Judgment is entered in favor of the plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,  the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA and LABORERS' TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA,  and against Defendant,  SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION for the principal sum of $90,847.65, $ 6,365.37 in interest,  $27,697.00 attorney's fees and $422.50 in costs for a total judgment sum of $125,332.52 covering the period from May 2010 to June 2012.

IT IS FURTHER ORDER, ADJUDGED AND DECREED that Defendant, SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION, his managing employees, successors, agents, assigns and all others acting in active concert or participation with him, are required to:

Deliver, or cause to be delivered, to the offices of the Construction Laborers Trust Funds for Southern California no later than 4:30 p.m., on the 20th day of each month for the remainder of the time the collective bargaining agreement

remains in effect commencing with the JULY 2013 contribution report, the following items:

(i) A complete, truthful, and accurate "Employers Monthly Report to Trustees", covering all hours worked by employees or paid to the employees of EMPLOYER covered under the terms of the Collective Bargaining Agreement with the Southern California District Council of Laborers;

(ii) An affidavit or declaration from EMPLOYER by Leslie P. Morrison attesting from his own personal knowledge, under pain of perjury, to the completeness, truthfulness and accuracy of the "Employers Monthly Report to the Trustees"; and

(iii) A Cashier's check or certified check for the full amount shown as owing by said report payable to the Construction Laborers Trust Funds for Southern California.

THE FAILURE OF EMPLOYER TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR CONTEMPT OF COURT.

Dated: February 27, 2013

_____
A. HOWARD MATZ, Judge of the
United States District Court For the
Central District of California

JS-6