1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, | CASE NO.: 2: :11-cv-10278 RGK (RAOx) |
| | **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** |
| Plaintiff, | [NO HEARING SCHEDULED] |
| v. | |
| SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION; etc., et al, | |
| Defendants. | |

Judgment Debtor, SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION ("JUDGMENT DEBTOR"), having had Judgment entered against JUDGMENT DEBTOR on February 28, 2013.

NOW, upon application of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,  the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND

WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA and LABORERS' TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that JUDGMENT DEBTOR has failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

An Abstract of Judgment was recorded as follows:

| Date: | County: | Instrument No.: |
|---|---|---|
| January 14, 2015 | Los Angeles | #20150048925 |

A Judgment Lien was filed with the California Secretary of State as follows:

| Date: | Instrument No.: |
|---|---|
| January 7, 2015 | #15-7444388054 |

The money Judgment against JUDGMENT DEBTOR is renewed in the amount of $80,190.64 as follows:

| | |
|---|---|
| Judgment Entered: | $ 125,332.52 |
| Credits Against the Judgment: | $ (46,272.72) |
| Accrued Interest From February 28, 2013 to September 21, 2020: | $ 1,130.84 |
| TOTAL: | $ 80,190.64 |

DATED: September 30, 2020

Kiry Gray
CLERK OF THE COURT

/s/ *Jennylam*
Deputy Clerk

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

  On **September 23, 2020**, I served the foregoing document described as **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by first class United States mail and by placing

☐ the original    [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

> Perez A. Sabas
> Sabas Perez
> Savas Perez dba Persa Construction
> xxxx
> Agoura Hills, California xxxxx

[X] **(By Mail)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(Federal Court)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 23, 2020**, at Los Angeles, California.

             _/s/ Maria Hughes_
             Maria Hughes